**Order entered November 29, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00812-CV

### SHAMELYA ETIER, Appellant

### V.

### SHAHNOOR CHISTI AND NAHID PARVIN, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03220-C**

### ORDER

Before the Court is appellees' November 16, 2022 motion to substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to remove Shayan Elahi with Elahi Law & Mediation Firm as counsel for appellees and **SUBSTITUTE** Robert M. Clark with Eddleman & Clark in his place.

Also before the Court is appellees' November 16, 2022 motion for oral argument and appellant's response opposing the motion. We **DENY** the motion.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE